1  Cliff Gardner SBN 93782
   2088 Union Street, Suite 3
2  San Francisco, CA 94123
   Telephone: (415) 922-9404
3  Facsimile: (415) 922-4310

4  Edward W. Swanson SBN 159859
   Swanson & McNamara LLP
5  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
6  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
7  Attorneys for MATTHEW BRADEN

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 MATTHEW BRADEN,                    Case No. CIV S-00-1595 MCE GGH P

13              Petitioner,

14     vs.                            STIPULATION AND [PROPOSED]
                                      ORDER TO EXTEND TIME FOR FILING
15 RODNEY HICKMAN, et al.,            BRIEFS

16              Respondents.

17

18                           **STIPULATION**

19     On February 22, 2005, the Court held an evidentiary hearing in connection with Matthew

20 Braden's habeas corpus petition in the above-captioned case. At the close of the hearing, the Court

21 ordered petitioner to file his opening brief within 45 days of the hearing, with respondents' brief due 30

22 days after service of petitioner's opening brief, and petitioner's brief due 15 days after service of

23 respondents' brief.

24     Immediately following the hearing, counsel for petitioner requested a transcript of the

25 proceedings to assist with the briefing. Due to unanticipated delays, the transcripts arrived on April 5,

26 2005. At that time, the parties sought and received a continuance of the filing deadlines.

27     After the Court granted the continuance, the parties hen learned there was as substantial section

28 of the hearing that had not been recorded and therefore was not contained in the transcripts. The parties

consulted with the Court and, at the Court's direction, prepared a proposed settled statement to serve as the transcript in place of the missing section of the recording of the hearing. On May 19, 2005, the Court issued an order adopting the settled statement.

As the record of the hearing is now complete, the parties HEREBY STIPULATE that time may be extended for the filing of petitioner's brief to be no later than June 24, 2005. Respondent's brief shall be due 30 days after service of petitioner's opening brief, and petitioner's brief shall be due 15 days after service of respondents' brief.

IT IS SO STIPULATED.

Dated: April 6, 2005

\s\ Edward W. Swanson
EDWARD W. SWANSON
Swanson & McNamara LLP
Counsel for MATTHEW BRADEN

Dated: April 6, 2005

\s\ Craig S. Meyers
CRAIG S. MEYERS
Deputy Attorney General

## ORDER

Upon the stipulation of the parties, and good cause appearing therefor, it is HEREBY ORDERED that the briefing schedule in the above-captioned matter is modified so that petitioner's opening brief must be filed no later than June 24, 2005. Respondent's brief shall be due 30 days after service of petitioner's opening brief, and petitioner's brief shall be due 15 days after service of respondents' brief service.

IT IS SO ORDERED.

Dated: 6/10/05

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

2