IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BRADEN,<br><br>   Petitioner,<br><br>vs.<br><br>RODNEY HICKMAN, et al.,<br><br>   Respondents. | Case No. 2:00-CV-1595-RRB-GGH<br><br>**ORDER DENYING PETITION** |

  Petitioner, a state prisoner proceeding through counsel, has filed `this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

  On November 29, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. Petitioner has filed Objections to the Findings and Recommendations.

ORDER DENYING PETITION - 1
2:00-CV-1595-RRB-GGH

In accordance with the provisions of 28 U.S.C. § 636(b)(1)© and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of this case.  The Court has thoroughly reviewed the entire file, including the transcript of the evidentiary hearing and all briefs filed by the parties.  In addition, the Court carefully reviewed the law and considered the objections raised by the petitioner.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations filed November 29, 2005, are adopted in full; and

2. The August 6, 2001, Petition for Writ of Habeas Corpus is **DENIED**.

ENTERED this 16th day of May, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITION - 2
2:00-CV-1595-RRB-GGH